IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DR. JOHN L. GARLAND ) | |
| and DR. STEVEN B. CHESBRO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv585-MHT |
| ) | (WO) |
| THE BOARD OF TRUSTEES OF ) | |
| ALABAMA STATE UNIVERSITY; ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

Pursuant to the court's order granting the motion to intervene (doc. no. 61), it is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss Zillah M. Fluker (doc. no. 58) is granted. Defendant Fluker is dismissed and terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 23rd day of April, 2015.

                                                     ___/s/ Myron H. Thompson___
                                                     UNITED STATES DISTRICT JUDGE