IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DR. JOHN L. GARLAND          )
and DR. STEVEN B. CHESBRO,   )
                             )
    Plaintiffs,              )
                             )      CIVIL ACTION NO.
    v.                       )        2:14cv585-MHT
                             )            (WO)
THE BOARD OF TRUSTEES OF     )
ALABAMA STATE UNIVERSITY;    )
et al.,                      )
                             )
    Defendants.              )
```

ORDER

From the second amended complaint (doc. no. 62), it is unclear whether Alabama State University or the Board of Trustees of Alabama State University or both are defendants. The amended complaint lists only the Board of Trustees in the style while ¶¶ 1 and 12 list only ASU as the defendant. To resolve this ambiguity, it is ORDERED that both Alabama State University and the Board of Trustees of Alabama State University are defendants in this case. If plaintiffs intended for only one of these to be a defendant, the plaintiffs

are, within seven days, to file a motion to dismiss the defendant that they did not intend to include.

DONE, this the 23rd day of April, 2015.

                                               /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE