IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DR. JOHN L. GARLAND<br>and DR. STEVEN B. CHESBRO,<br>  Plaintiffs,<br>  v.<br>THE BOARD OF TRUSTEES OF<br>ALABAMA STATE UNIVERSITY;<br>et al.,<br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)    2:14cv585-MHT<br>)        (WO)<br>)<br>)<br>)<br>)<br>) |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiffs' motion to dismiss (doc. no. 73) is granted and that defendant Alabama State University is dismissed and terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 1st day of May, 2015.

              /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE